UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                              Bankruptcy No.: 17-33216 WJF
                                                                    Chapter 12
George Clifford Mastey
Taunya Marie Mastey

        Debtors.

**NOTICE FOR HEARING ON CONFIRMATION OF PLAN**

    The Debtors, George Clifford Mastey and Taunya Marie Mastey, have filed a Modified Plan dated April 12, 2013 and filed April 13, 2018.  A copy of the Modified Plan as filed is enclosed with this Notice.  A hearing to consider confirmation of the Modified Plan will be held on Thursday, May 17, 2018 at 10:00 a.m. in Courtroom 2B, United States Courthouse, 316 North Robert Street, St. Paul, MN 55101.  Objections to the confirmation of the Modified Plan must be served and filed seven days prior to the hearing.

Dated:  April 13, 2018                        WENTZELL LAW OFFICE, PLLC

                                                /s/ Joseph A. Wentzell

                                                _____
                                                JOSEPH A. WENTZELL   170616
                                                JAMES W. MOEN     160349
                                                2812 Anthony Lane South Suite 200
                                                St. Anthony, MN 55418
                                                D 612.436.3292   F 612.788.9879
                                                Email:  jwentzell@fosterbrever.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  George Clifford Mastey  BKY #17-33216
Taunya Marie Mastey  Chapter 12

Debtors.

MODIFIED CHAPTER 12 PLAN OF REORGANIZATION
DATED APRIL 12, 2018

### ARTICLE I: Summary of the Plan

This plan shall continue for a period of five years from its effective date. The property of the debtors is being valued, and the claim of each secured creditor is being treated as secured in the amount of the value of the property securing such claim. Costs of administration are being paid on the effective date of the plan unless otherwise agreed to or directed by the Court. Priority claims are being paid in full as allowed. The debtors will pay the Trustee no less than all disposable income, as that term is defined in 11 U.S.C. Section 1225, for Trustee administration and distribution to unsecured creditors. The deficiency claims of all secured creditors will be treated as unsecured claims unless otherwise ordered by the Court.

### ARTICLE II: Definitions

1. "Creditors" means all entities having a claim against the debtors.
2. "Secured Creditor" means a creditor with a lien or security interest in property of the debtors.
3. "Claim" means a timely filed claim which has been allowed by the Court or a secured claim which is dealt with in the plan whether or not a claim is filed.
4. "Effective Date" means the date on which the Order of Confirmation becomes final.
5. "Trustee" means the Chapter 12 Trustee.
6. "Disposable Income" means all income received by the debtors annually after deducting operating expenses, living expenses (salaries approved) and plan payments.

### ARTICLE III: Liquidation Test

The debtors' net equity in their property, after deducting the amounts of the secured claims and exemptions, is $87,792.55. General and priority unsecured creditors (but not including attorney's fees) will receive no less than $87,792.55 over the life of the Plan. The debtors' liquidation analysis is attached to this plan as Exhibit A.

### ARTICLE IV: Disposable Income

The debtors' projections of gross income, operating expenses, living expenses and plan payments indicate that they may have disposable income annually in the amount of $25,000.

For the term of this plan, all of the debtors' disposable income, regardless of the amount but in no event less than $17,558.51 annually, will be paid to the Trustee for payment of cost of administration and distribution to unsecured creditors. The debtors will pay $17,558.51 annually, with semi-annual payments of $8,779.260 on June 1 and December 1 of each plan year, starting on December 1, 2018. All disposable income (future earnings not necessary for the continuation, preservation and operation of the farm and for the maintenance or support of the debtors and their dependents) for five years following the effective date, shall be submitted to the Trustee for distribution. All creditors with Class 4 – General Unsecured Claims shall be paid a pro rata share of disposable income after administrative and priority claims have been paid.

## ARTICLE V: Living Expenses

The debtors' projection of living expenses is $36,000 per year. The debtors shall limit their annual withdrawals for living expenses to said amount, unless said amount is modified by Court Order. The Court shall retain authority and jurisdiction to modify said allowance upon application of a party in interest.

## ARTICLE VI: Classification and Treatment of Claims

**Class 1**. **Costs of Administration**. This Class includes compensation and expenses of professionals and court costs and all expenses incurred by the debtors after the filing of their petition and before the entry of the order of confirmation and expenses of professionals and court costs, shall be paid in full on the effective date of the plan. Claims for compensation and expenses of professionals and court costs shall be paid upon approval by the Court and as directed by the Court. The Chapter 12 Trustee shall make application to the Court for approval of trustee's fee and for any reasonable and necessary expenses of the Trustee in effectuating the Trustee's duties under the Bankruptcy Code in administering this case. The debtors shall pay an amount equal to five percent (5%) of all payments disbursed by the Chapter 12 Trustee as an estimated payment and the Trustee shall hold the fee until the Trustee's fees and expenses are applied for and approved by the Court. Once the Trustee's fees are approved, the Trustee shall pay them. If there are excess funds in the account at the end of the case, the money shall be paid to the unsecured creditors and any excess after paying the unsecured creditors shall be paid to the debtors, unless otherwise ordered by the Court. **All payments shall be made through the Chapter 12 Trustee unless otherwise stated herein**. **Creditors shall only accept direct payments from the debtors if specified in the plan.**

**Class 2: Secured Claims.** Class 2 shall consist of the following secured claims. Classes 2(a), (b), and (c), will be paid outside of the plan and no Trustee's fee will be due on those payments. The Debtors will pay all other classes through the Chapter 12 Trustee. Class 2 claims are subdivided as follows:

> Class 2(a) is the fully secured claim of United Minnesota Bank on loan number XXXX0521 in the amount of $240,505.82 as of February 9, 2018, together with additional accrued interest, and costs of collection incurred on or after February 1, 2018 and through the confirmation date. This loan shall be amortized over a period of 7 years with a balloon payment five years after the effective date of this plan, at

which time this loan shall be paid in full. Interest shall accrue on the unpaid balance from the date of filing at the rate of 5% per year. Payments of principal and accrued interest shall be made on the following dates and in the following amounts:

| Date | Amount |
|---|---|
| December 31, 2018: | $40,191.00 |
| August 1, 2019: | $12,057.30 |
| December 31, 2019: | $28,133.70 |
| August 1, 2020: | $12,057.30 |
| December 31, 2020: | $28,133.70 |
| June 30, 2021: | $20,095.50 |
| December 31, 2021: | $20,095.50 |
| March 31, 2022: | $10,047.75 |
| June 30, 2022: | $10,047.75 |
| September 30, 2022: | $10,047.75 |
| December 31, 2022: | $10,047.75 |

Class 2(b) is the secured claim of United Minnesota Bank on loan number XXXX0524 in the amount of $215,884.22 as of February 9, 2018, together with additional accrued interest, and costs of collection incurred on or after February 1, 2018 and through the confirmation date. This loan shall be amortized over a period of 7 years with a balloon payment five years after the effective date of this plan, at which time this loan shall be paid in full. Interest shall accrue on the unpaid balance from the date of filing at the rate of 4.5% per year.  Payments of principal and accrued interest shall be made on the following dates and in the following amounts:

| Date | Amount |
|---|---|
| December 31, 2018: | $35,140.00 |
| August 1, 2019: | $10,542.00 |
| December 31, 2019: | $24,598.00 |
| August 1, 2020: | $10,542.00 |
| December 31, 2020: | $24,598.00 |
| June 30, 2021: | $17,570.00 |
| December 31, 2021: | $17,570.00 |
| March 31, 2022: | $8,785.00 |
| June 30, 2022: | $8,785.00 |
| September 30, 2022: | $8,785.00 |
| December 31, 2022: | $8,785.00 |

Class 2(c) is the secured claim of United Minnesota Bank on loan number XXXX0527 in the amount of $361,961.48 as of February 9, 2018, together with additional accrued interest, and costs of collection incurred on or after February 1, 2018 and through the confirmation date. This loan shall be amortized over a period of 25 years with a balloon payment five years after the effective date of this plan, at which time this loan shall be paid in full. Interest shall accrue on the unpaid balance from the date of filing at the rate of 4% per year. Payments of principal and accrued interest shall be made on the following dates and in the following amounts:

| Date | Amount |
|---|---|
| December 31, 2018: | $22,665.00 |
| August 1, 2019: | $6,799.50 |
| December 31, 2019: | $15,865.50 |
| August 1, 2020: | $6,799.50 |
| December 31, 2020: | $15,865.50 |
| June 30, 2021: | $11,332.50 |

3

December 31, 2021:    $11,332.50
March 31, 2022:       $5,666.25
June 30, 2022:        $5,666.25
September 30, 2022:   $5,666.25
December 31, 2022:    $5,666.25

Class 2(d) is the secured claim of Carco Motors Holding Company in the amount of $8,361.62. The claim consists of purchase money security interests in a motor vehicle owned by the Debtor. Interest shall accrue on the unpaid balance of this loan at the rate of 6% per year. The loan will be paid monthly on the first day of each month in the first month following the confirmation of the plan. The monthly payment to the trustee is $514.71, plus the trustee's fee of $25.74, and the final payment is due on or about August 6, 2019.

Class 2(e) is the secured claim of the Benton County Treasurer in the principal amount of $31,415.59 pursuant to five confessions of judgment entered on October 3, 2017 concerning the payment of delinquent real estate taxes. Interest accrues at the rate provided in Minn. Stat. Sec. 279.03. This claim will be paid according to the terms of the confessions of judgment with nine annual payments of principal and interest made on or before December 31 of each year, commencing in 2018.

The payments are amortized as follows:

| December 31: | R02.00085.00 $14,895.01 | R02.00085.02 001 $274.35 | R02.00097.01 001 $6510.40 | R02.00100.01 001 $2618.69 | R02.00091.00 001 $7117.14 | Total $31,415.59 |
|---|---|---|---|---|---|---|
| 2018 | 2585.93 | 47.61 | 1130.27 | 454.62 | 1235.60 | $5454.03 + trustee's fee of $272.70 |
| 2019 | 2317.00 | 42.67 | 1012.72 | 407.34 | 1107.10 | $4886.83 + trustee's fee of $244.34 |
| 2020 | 2234.25 | 41.14 | 976.55 | 392.79 | 1067.56 | $4712.29 + trustee's fee of $235.61 |
| 2021 | 2151.50 | 39.62 | 940.38 | 378.25 | 1028.02 | $4537.77 + trustee's fee of $226.89 |
| 2022 | 2068.75 | 38.10 | 904.21 | 363.70 | 988.48 | $4363.24 + trustee's fee of $218.16 |
| 2023 | 1986.00 | 36.57 | 868.04 | 349.15 | 948.94 | $4118.70 + trustee's fee of $205.94 |
| 2024 | 1903.25 | 35.05 | 831.87 | 334.60 | 909.41 | $4014.63 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | (pay direct) |
| 2025 | 1820.50 | 33.52 | 795.71 | 320.05 | 869.87 | $3839.65 (pay direct) |
| 2026 | 1737.76 | 32.03 | 759.61 | 305.56 | 830.36 | $3665.32 (pay direct) |

Class 2(f) is the claim of Kenneth Spohn for a loan in the amount due and owing as of the date of filing of $124,118.26, which is wholly secured. Notwithstanding a proof of claim filed before or after confirmation, the amount listed in this Class 2(f) binds the creditor and confirmation of the plan is a determination of the creditor's allowed secured claim. The collateral for this claim consists of a mortgage granted to Kenneth Spohn for real property in rural Mille Lacs County, Minnesota identified in Schedule A as the Ziegler property and legally described as The East Half of the Northwest Quarter of Section 17, Township 38, Range 27, Mille Lacs County, Minnesota, EXCEPT The West 440 Feet of the Northwest Quarter of the Northeast Quarter of said Northwest Quarter. The mortgage was recorded in Mille Lacs County Minnesota on April 18, 2012 as Document No. A372633.

The amount of this claim will be amortized over 30 years at an annual interest rate of 4.5%. Payments of principal and interest will be made on December 1st of each year during the plan, with the first payment due on December 1, 2018, in the approximate amount of $7,546.68, plus the trustee's fee of $377.33. At the end of the plan, there will be a balloon payment of all outstanding principal and interest. Within 30 days of the receipt of all payments due to Kenneth Spohn for payment of this secured claim as set forth herein, Kenneth Spohn shall provide to the debtors a release or satisfaction of the above-described mortgage encumbering the above-described property, in recordable form.

Class 2(g) is the claim of Kenneth Spohn for a loan in the amount due and owing as of the date of filing of $108,862.03. $55,000 of this claim is secured based on the value of the collateral and the remaining portion of this claim, $53,862, is unsecured. Notwithstanding a proof of claim filed before or after confirmation, the amount listed in this Class 2(g) binds the creditor and confirmation of the plan is a determination of the creditor's allowed secured claim. The collateral for this claim consists of a mortgage granted to Kenneth Spohn for real property in rural Mille Lacs County, Minnesota identified in Schedule A as the Worth property and legally described as:

PARCEL A:

The East 1305 feet of the South 1000 feet of the East Half of the Southeast

5

Quarter of Section 16, Township 38, Range 27, according to the U.S. Government Survey thereof. Except the South 467 feet of the East 467 feet thereof.

PARCEL B:

The South 467 feet of the East 467 feet of the Southeast Quarter of the Southeast Quarter of Section 16, Township 38, Range 27, according to the U.S. Government Survey thereof.

The mortgage was recorded in Mille Lacs County Minnesota on May 29, 2013 as Document No. A379671.

The secured amount of this claim will be amortized over 30 years at an annual interest rate of 4.5%. Payments of principal and interest will be made on December 1st of each year during the plan, with the first payment due on December 1, 2018, in the approximate amount of $3,344.16, plus the trustee's fee of $167.21. At the end of the plan, there will be a balloon payment of all outstanding principal and interest owed on the secured portion of this claim. Within 30 days of the receipt of all payments due to Kenneth Spohn for payment of this secured claim as set forth herein, Kenneth Spohn shall provide to the debtors a release or satisfaction of the above-described mortgage encumbering the above-described property, in recordable form.

Class 2(h) is the claim of Kenneth Spohn for a loan in the amount due and owing as of the date of filing of $73,956.53. $66,500 of this claim is secured based on the value of the collateral and the remaining portion of this claim, $7,456.53, is unsecured. Notwithstanding a proof of claim filed before or after confirmation, the amount listed in this Class 2(h) binds the creditor and confirmation of the plan is a determination of the creditor's allowed secured claim. The collateral for this claim consists of a mortgage granted to Kenneth Spohn for real property in rural Mille Lacs County, Minnesota identified in Schedule A as the Gerads property and legally described as Southwest Quarter of Northwest Quarter (SW ¼ NW ¼) of Section Seven (7), Township Thirty-eight (38), Range Twenty-seven (27) West of the 4th Principal Meridian. The mortgage was recorded on February 22, 2017 as Document No. A399457.

The secured amount of this claim will be amortized over 30 years at an annual interest rate of 4.5%. Payments of principal and interest will be made on December 1st of each year during the plan, with the first payment due on December 1, 2018, in the approximate amount of $4,043.40, plus the trustee's fee of $202.17. At the end of the plan, there will be a balloon payment of all outstanding principal and interest owed on the secured portion of this claim. Within 30 days of the receipt of all payments due to Kenneth Spohn for payment of this secured claim as set forth herein, Kenneth Spohn shall provide to the debtors a release or satisfaction of the above-described mortgage encumbering the above-described property, in recordable form.

Class 2(i) are the claims listed in the Debtors' Schedule D for the wholly unsecured judgment liens of Carlson Tractor Equipment Co., KSI Supply, Inc., Harvey J. Roske, North Benton Redi-Mix, and Sandy Hill Farms. None of those claims will be treated as secured claims because there is no equity in the Debtors' assets to which those liens may attach. Those judgments will be discharged in state court after the Debtors receive their bankruptcy discharge. In addition, the judgment liens of Harvey Roske were entered and docketed within 90 days of the filing date of this case, and therefore are avoidable under 11 U.S.C 547(b). Debtors will commence an action to avoid those liens.

**Class 3: Priority Unsecured Claims.** Class 3 consists of all claims entitled to priority under § 507. Debtors will make annual payments on these claims. Priority claims include:

Class 3(a) is the claim of the Internal Revenue Service in the amount of $1,954.07. Debtors will make 5 annual payments of $390.81, plus the trustee's fee of $19.54, on December 1st of each plan year, commencing on December 1, 2018.

Class 3(b) is the claim of the Minnesota Department of Revenue in the amount of $892.63. Debtors will make 5 annual payments of $178.53, plus the trustee's fee of $8.93, on December 1st of each plan year, commencing on December 1, 2018.

Class 3(c) is the claim of Minnesota DEED in the amount of $4,425.00. Debtors will make 5 annual payments of $885.00, plus the trustee's fee of $44.25, on December 1st of each plan year, commencing on December 1, 2018.

Class 3(d is the claim of Minnesota DEED in the amount of $1,173.00. Debtors will make 5 annual payments of $234.60, plus the trustee's fee of $11.73, on December 1st of each plan year, commencing on December 1, 2018.

**Class 4. General Unsecured Claims**. Class 4 consists of general unsecured claims, claims of all unsecured creditors which are as a result of damages arising as a result of the rejection of unexpired leases and/or executory agreements, claims resulting from the value of a secured claim being of a value less than the security held against held claim, and/or those secured creditors whose claims are determined to be unsecured, claims of all accommodation parties and co-makers or loans of which the debtors are the principal, and claims for taxes and penalties which are not included in any other Class. Claims filed by United Prairie Bank (Claim 16) and C&D Calf Ranch, LLC (Claim 18) are withdrawn pursuant to a settlement of adversary cases involving those parties and nothing will be paid on those claims.

**Class 5. Executory Contracts and Leases**. Class 5 consists of executory contracts and leases existing as of the date of filing. All such executory contracts and leases are rejected unless specifically assumed in this section. The Debtors will pay Class 5(d) and (e) payments outside of this plan. Class 5 claims are subdivided and assumed as set forth below:

Class 5(a) is the Contract for Deed with VanNurden Farms LLC for real property in Benton County, Minnesota. Debtors will assume this contract.

7

Class 5(b) are the real estate leases identified in Schedule G. The Debtors will assume the real estate leases for the remainder of their terms. In each year of the plan the Debtors intend to renew the leases listed in Schedule G to the extent the lessors will renew the leases on the same or similar terms as the 2017 leases. The leased land is used to grow crops used in the Debtor's farm operations and the leases are beneficial to the Debtor's estate.

### ARTICLE VII: Execution of Plan and Cash Flow Analysis

The debtors propose to continue their farming operations and make the plan payments out of farm or other income. The debtors' projections of income, operating expenses, and plan payments are attached as Exhibit B.

### ARTICLE VIII: Retention of Liens and Incorporation of Documents

All creditors whose claims are treated as secured in this plan shall retain his liens on the collateral securing their respective claims as specified in the plan and until such claims are paid in full in the amount allowed as secured. Except as modified by the terms of this plan, all documents evidencing indebtedness and security in favor of said secured creditors remain the same and are incorporated herein by reference as if more fully set out in this plan. This plan and the Order confirming the plan may be recorded in the Office of the Register of Deeds of each county

### ARTICLE IX: General Provisions

1. The Court shall retain jurisdiction over the debtors and his property for the term of the plan.

2. As part of the continuing farm operation, the debtors shall submit operating reports and bank statements on a monthly basis to the Chapter 12 Trustee. The debtors shall provide the Chapter 12 Trustee copies of tax returns annually once filed.

/e/_____Joseph A. Wentzell_____
Joseph A. Wentzell
Bar no.: 170616
Wentzell Law Office
2812 Anthony Lane S., Suite 200
St. Anthony, MN 55418
Tele: (612) 436-3292
Fax:  (612) 788-9879
Email: jwentzell@fosterbrever.com

Signed: /e/__George Mastey_____

Debtor 1: George Mastey
Dated:


Signed: /e/___Taunya Mastey_____

Debtor 2: Taunya Mastey
Dated:

8

Ex. A

|  | Value | Exemption/Lien | Equity |
|---|---|---|---|
| **Real Estate** | | | |
| Home Farm (22 acres) Benton County | 214,800 (tax value) | 214,800 MSA 510.05 homestead exemption; UMB mortgage | 0 |
| 57 acres Benton County | 145,300 (tax value) | 145,300 UMB mortgage | 0 |
| 40 acres Benton County | 103,800 (tax value) | 103,800 UMB mortgage | 0 |
| Ziegler 74 acres Mille Lacs County | 125,300 (tax value) | 118,156 plus accrued interest Spohn mortgage | 0 |
| Worth 30 acres Mille Lacs County | 55,000 (tax value) | 102,517, plus accrued interest Spohn mortgage | 0 |
| Gerads 38 acres Mille Lacs County | 66,500 (tax value) | 68,970, plus accrued interest Spohn mortgage | 0 |
| Bros 40 acres Mille Lacs County | 70,092 | 72,000 VanNurden Contract for Deed | 0 |
| **Machinery** | 360,900 Appraised value | 26,000 MSA 550.37 subd. 5 exemption  UMB blanket lien | 0 |
| **Vehicles**  95 Ford 99 East Tr 03 Chev PK Sil 00 Mack TR 600 94 Mack TM 600 97 Mack 05 Chev |  2,500 12,000 5,000 13,000 10,000 10,000 10,000 |  | 62,500 |
| **Crops** | 100,600 | UMB blanket lien | 0 |
| **A/R** | 5,292.55 |  | 5,292.55 |
| **MTD Excavating** | 20,000 | 0 | 20,000 |
| **Total** |  |  | 87,792.55 |

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |

The Debtors will pay all disposable income to the Trustee during the term of the plan and will make annual plan payments of at least $17,558.51 per year for the term of the plan.

EXHIBIT B

Monthly Income and Expenses

| 2018 | | |
|---|---|---|
| **Income** | | |
| Farm operations | 25,319 | |
| Other | 25,083 | |
| Total Income | 50,402 | |
| | | |
| **Expenses** | | |
| Loan Payments | 13,460 | |
| Feed, Fertilizer, Seed, Spray | 8158 | |
| Fuel & Oil | 4023 | |
| Repairs | 5087 | |
| Labor | 7081 | |
| Land Rent | 3926 | |
| Equipment Lease | 1000 | |
| Real Estate Taxes | 273 | |
| Farm Insurance | 2941 | |
| Utilities | 619 | |
| Miscellaneous | 1970 | |
| Total Expenses | 48,538 | |
| | | |
| **Net Income** | 1864 | |

From:



REVISED 12/15

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  George Clifford Mastey
        Taunya Marie Mastey
        Debtor(s).

Case No. 17-33216

## SIGNATURE DECLARATION

- [ ] PETITION, SCHEDULES & STATEMENTS
- [ ] CHAPTER 13 PLAN
- [ ] VOLUNTARY CONVERSION, SCHEDULES & STATEMENTS
- [ ] AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
- [ ] MODIFIED CHAPTER 13 PLAN
- [x] OTHER: PLEASE DESCRIBE: Modified Chapter 12 Plan

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. [individual debtors only] If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. [corporate and partnership debtors only] I have been authorized to file this petition on behalf of the debtor.

Date: 4-12-18

x /s/ George Mastey
Signature of Debtor 1 or Authorized Representative

George Mastey
Printed name of Debtor 1 or Authorized Representative

x /s/ Taunya Mastey
Signature of Debtor 2

Taunya Mastey
Printed Name of Debtor 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  BKY 17-33216 WJF
George Clifford Mastey  Chapter 12
Taunya Marie Mastey,

Debtors

_____

Unsworn Certificate of Service

I hereby certify under penalty of perjury that:

On April 13, 2018, the Notice for Hearing on Confirmation of Plan, Modified Plan Dated April 12, 2018, and Signature Declaration were served electronically on all ECF filing participants.

I further certify under penalty of perjury that on March 13, 2018, the Notice of Settlement was mailed by First Class Mail, postage prepaid, to

United States Attorney
U.S. Courthouse
300 S 4th Street
Suite 600
Minneapolis, MN 55415

and also to each entity named below at the address stated below for each entity:

See Ex. A.


Dated: April 13, 2018

/e/ James Moen
James Moen
2812 Anthony Lane South, Suite 200
St. Anthony, MN 55418
612.436.3299

```
Label Matrix for local noticing         UNITED PRAIRIE BANK-NEW ULM            United Minnesota Bank
0864-3                                  200 N BROADWAY                         105 Central Avenue East
Case 17-33216                           NEW ULM, MN  56073-1718                PO Box 289
District of Minnesota                                                          New London, MN 56273-0289
St Paul
Fri Feb 16 09:08:35 CST 2018

St Paul                                 A&C FARM SERVICE                       ADM BENSON QUINN
200 Warren E Burger Federal Building and 412 BUSINESS 23 S                     701 4TH AVE S STE 800
US Courthouse                           PAYNESVILLE, MN  56362-4652            MINNEAPOLIS, MN  55415-1633
316 N Robert St
St Paul, MN 55101-1465


AITKIN IMPLEMENT CO.                    AUTO OWNERS INSURANCE COMPANY          Archer Daniels Midland (ADM Benson Quinn)
PO BOX 228                              C/O RICHARD L. MUSKE                   4666 E Faries Parkway
AITKIN, MN  56431-0228                  7300 HUDSON BLVD N STE 200             Decatur, IL 62526-5632
                                        OAKDALE, MN  55128-7142


Auto-Owners Insurance Company           BENJAMIN G. STABENOW                   BENTON COUNTY AUDITOR-TREASURER
Attn: Accounts Receivable               219 N BROADWAY ST STE C                PO BOX 129
P.O. Box 30660                          NEW ULM, MN  56073-1717                FOLEY, MN  56329-0129
Lansing, MI 48909-8160


BOB'S LUMBER & SUPPLY                   C&D CALF RANCH, LLC                    CARCO MOTORS HOLDING CORPORATION
C/O COMO LAW FIRM PA                    34666 641ST AVE                        PO BOX 332
PO BOX 130668                           GIBBON, MN  55335-2161                 RICE, MN  56367-0332
SAINT PAUL, MN  55113-0006


CARLSON TRACTOR EQUIPMENT CO            CENTER FOR DIAGNOSTIC IMAGING          CENTRACARE HOSPITAL
15125 S ROBERT TRL                      PO BOX 1450                            1406 6TH AVE N
ROSEMOUNT, MN  55068-1767               MINNEAPOLIS, MN  55485-1450            SAINT CLOUD, MN  56303-1900


CENTRAL MN EMERGENCY PHYSICIAN          CHARLES WIETHOFF                       CLIFFORD MASTEY
C/O RIVERVIEW LAW OFFICE, PLLC          34666 641ST AVE                        7936 LITTLE ROCK RD NE
PO BOX 570                              GIBBON, MN  55335-2161                 FOLEY, MN  56329-9550
SAUK RAPIDS, MN  56379-0570


COLLECTION RESOURCES                    DAVID KATKA                            DEED
PO BOX 2270                             8412 GOLDEN SPIKE RD NE                332 MINNESOTA ST STE E200
SAINT CLOUD, MN  56302-2270             FOLEY, MN  56329-8992                  ST PAUL MN 55101-1349


DOUG BROSCHOFSKEY                       David T. Shay                          David T. Shay
14920 91ST AVE N                        1513 St. Germain Street W.             1513 St. Germain Street West
MAPLE GROVE, MN  55369-8831             P.O. Box 9                             P.O. Box 9
                                        St. Cloud, MN 56302-0009               St. Cloud, MN 56302-0009


EDWIN AND DOLORES PALMQUIST             EYE PHYSICIANS AND SURGEONS            FARMERS MUTUAL INSURANCE CO.
14676 160TH AVE                         C/O JAMES I ROBERTS ATTORNEY AT LAW    C/O RODENBURG LAW FIRM
FORESTON, MN  56330-9540                5280 15TH AVE SE                       300 NP AVE N # 105
                                        SAINT CLOUD, MN  56304-9592            FARGO, ND  58102-4871
```



FLUEGGE'S AG, INC.
2040 MAHOGANY ST
MORA, MN  55051-7148

FOLEY MEDICAL CENTER INC.
471 HIGHWAY 23
FOLEY, MN  56329-9145

FOLEY PHYSICAL REHAB
400 BROADWAY AVE N
FOLEY, MN  56329-8794


FORM A FEED
PO BOX 9
STEWART, MN  55385-0009

GARY RAJKOWSKI
8863 GOLDEN SPIKE RD NE
FOLEY, MN  56329-9557

GATR OF SAUK RAPIDS INC.
C/O COMO LAW FIRM
PO BOX 130668
SAINT PAUL, MN  55113-0006


GATR TRUCK CENTER
C/O COMO LAW FIRM
PO BOX 130668
SAINT PAUL, MN  55113-0006

GREAT LAKES
PO BOX 7860
MADISON, WI  53707-7860

HARVEY J. ROSKE
C/O DAVID SHAY
1513 W SAINT GERMAIN ST
SAINT CLOUD, MN  56301-4176


HC POPP WELDING, LLC
210 5TH ST NE
RICE, MN  56367-8707

Harvey J. Roske
7794 322nd Street
St. Joseph, MN 56374-9702

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101-7346


JERRY'S TRACTOR REPAIR, INC.
11732 110TH AVE
LITTLE FALLS, MN  56345-4468

JODI DOTSEN
7580 GOLDEN SPIKE RD NE
FOLEY, MN  56329-9537

KENNETH SPOHN
22034 TOWNSVIEW LN
RICHMOND, MN  56368-4500


KSI SUPPLY, INC.
C/O JOHN HAWLEY
400 1ST ST
RANDOM LAKE, WI  53075-1772

LAMBRECHT LIVESTOCK TRUCKING, INC.
20358 331ST AVE
BURTRUM, MN  56318-4597

LINDA MASTEY
9309 55TH AVE NE
FOLEY, MN  56329-9541


LISA AND DAVID VAN DIEST
8128 PLAZIAK RD NW
RICE, MN  56367-4623

LVNV FUNDING LLC
C/O ASSOCIATED RECOVERY SYSTEMS
PO BOX 469046
ESCONDIDO, CA  92046-9046

LVNV Funding, LLC its successors and assigns
assignee of Citibank (South Dakota),
N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587


LVNV Funding, LLC its successors and assigns
assignee of North Star Capital
Acquisition LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MARLYS OLSON
450 WATKINS ST
MORA, MN  55051-1554

MILACA GENERAL RENTAL CENTER
12590 STATE HIGHWAY 23
MILACA, MN  56353-3750


MILLE LACS HEALTH SYSTEM
C/O THE ROSE LAW FIRM, PLLC
921 MAINSTREET
HOPKINS, MN  55343-7515

MINNESOTA DEPARTMENT OF REVENUE
551 BANKRUPTCY SECTION
PO BOX 64447
ST PAUL, MN  55164-0447

MINNESOTA POLLUTION CONTROL AGENCY
C/O LEAH M.P. HEDMAN ASSISTANT ATTORNEY
445 MINNESOTA ST STE 900
SAINT PAUL, MN  55101-2127


MURPHY CHEVROLET
C/O LAURA TRIPICIANO
160 3RD AVE W STE 200
FOLEY, MN  56329-4534

NORTH BENTON REDI-MIX, INC.
12934 175TH ST NE
FOLEY, MN  56329-4518

NORTHLAND DAIRY SUPPLY
PO BOX 156
EAGLE BEND, MN  56446-0156

```
OXYGEN SERVICE COMPANY              PETE COSGROVE                       PETERSON'S COUNTRY MILL
C/O LEVIN ROERS, P.A.               9049 75TH AVE NE                    PO BOX 218
7400 LYNDALE AVE S STE 180          FOLEY, MN  56329-9555               NORTH BRANCH, MN  55056-0218
MINNEAPOLIS, MN  55423-4142


RAHN'S OIL & PROPANE INC.           RED HORIZON EQUIPMENT               REGIONAL DIAGNOSTIC RADIOLOGY
PO BOX 97 BOX 97                    21915 160TH ST                      PO BOX 7366
MELROSE, MN  56352-0097             GLENWOOD, MN 56334-2160             SAINT CLOUD, MN  56302-7366


REICHMANN LAND & CATTLE, LLP        RPMG, INC.                          S&S BISON STEVE SCHALWIG
15290 127TH ST                      C/O COTTRELL LAW FIRM, P.A.         26380 JONQUIL AVE
VILLARD, MN  56385-2337             2315 WATERS DR                      ELKO, MN  55020-9749
                                    MENDOTA HEIGHTS, MN  55120-1163


SANDERS CONSTRUCTION                SANDY HILL FARMS                    SCHLAUDERAFF IMPLEMENT CO.
22663 95TH AVE                      C/O TAMMY J. LANGNER                60240 US HIGHWAY 12
RANDALL, MN  56475-2503             PO BOX 7215                         LITCHFIELD, MN  55355-5241
                                    SAINT CLOUD, MN  56302-7215


SPINAL REHAB CLINIC                 SPRINT                              STOMMES CONSTRUCTION RANDY STOMMES
C/O COMO LAW FIRM P.A.              C/O ERC                             8137 OLD HIGHWAY RD N
PO BOX 130668                       PO BOX 23870                        SAINT CLOUD, MN  56301-9431
SAINT PAUL, MN  55113-0006          JACKSONVILLE, FL  32241-3870


SUNRISE AG                          Sanders Const Inc                   T&R HAY FARMS
PO BOX 458                          22663 95th Ave                      16054 50TH ST S
BUCKMAN, MN  56317-0458             Randall, MN 56475-2503              MOORHEAD, MN  56560-7822


TERSTEEG TRANSPORT, INC.            THOMAS J. MAYER                     THOMPSON LIVESTOCK LLC
C/O KRAFT WALSER LAW                421 SINCLAIR LEWIS AVE              PO BOX 375
107 N 9TH ST OFC                    SAUK CENTRE, MN  56378-1350         FERGUS FALLS, MN  56538-0375
OLIVIA, MN  56277-1363


TOM KRAEMER, INC.                   UNDERGROUND PIERCING INC.           US DEPARTMENT OF EDUCATION
PO BOX 443                          14320 JAMES RD                      CLAIMS FILING UNIT
COLD SPRING, MN  56320-0443         ROGERS, MN 55374-8605               PO BOX 8973
                                                                        MADISON, WI  53708-8973


US Trustee                          United Minnesota Bank               United Prairie Bank
1015 US Courthouse                  Rinke Noonan Ltd                    10 Firestone Drive
300 S 4th St                        1015 W St Germain Ste 300           Mankato, MN 56001-7036
Minneapolis, MN 55415-3070          PO Box 1497
(crossed out)                       St Cloud MN 56302-1497


VITREORETINAL SURGERY PA            WELLE FARM SERVICE                  WILLIAM DEPPA
7760 FRANCE AVE S STE 310           35596 COUNTY ROAD 11                26975 NOBLE RD
EDINA, MN 55435-6215                FREEPORT, MN  56331-9709            EXCELSIOR, MN  55331-8237
```

| | | |
|---|---|---|
| WOLLER EQUIPMENT, INC.<br>4054 50TH AVE<br>SWANVILLE, MN 56382-4001 | George Clifford Mastey<br>10123 85th Ave. NE<br>Foley, MN 56329-9442 | Harvey J. Roske<br>1513 St. Germain Street West<br>P.O. Box 9<br>St. Cloud, MN 56302-0009 |
| James W Moen<br>Wentzell Law Office PLLC<br>2812 Anthony Ln S<br>Ste 200<br>St Anthony, MN 55418-3270 | Joseph Anthony Wentzell<br>Wentzell Law Office, PLLC<br>2812 Anthony Lane S<br>St Anthony, MN 55418-3218 | Kyle Carlson<br>PO Box 519<br>Barnesville, MN 56514-0519 |
| Marlys Olson<br>Mora, MN 55051 | Taunya Marie Mastey<br>10123 85th Ave. NE<br>Foley, MN 56329-9442 | |

(All entries above are crossed out with X marks)

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)C&D Calf Ranch, LLC          (u)Marlys Olson

End of Label Matrix
Mailable recipients    97
Bypassed recipients     2
Total                  99